KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
————
(202) 326-7900
FACSIMILE:
(202) 326-7999

January 23, 2023

*Via ECF*

Catherine O'Hagan Wolfe, Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

      Re:    *Black v. Ganieva, et al.*
             No. 22-1524

Dear Ms. Wolfe:

      I am scheduled to present oral argument (B Panel) for appellant in the captioned matter on February 7, 2023, and hereby request permission to bring an electronic device into the courtroom. My cell phone contains an application which is necessary to control and adjust the settings on my hearing aids.

      Thank you for your consideration.

                      Respectfully,

                      */s/ Michael K. Kellogg*

                      Michael K. Kellogg
                      *Counsel for Leon Black*

cc:  Counsel of Record (via ECF)